E-FILED
Friday, 09 August, 2019  12:02:12 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Antolino Phillips
*Plaintiff*

vs.

Lieutenant Punke And
Major Prentiss

_____
_____
_____
_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(The case number will be assigned by the clerk)*

SCANNED at PCC and e-mailed
8/9/19 (date) by HZ (initials)
12 (# of pages)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Antolino Phillips

Prison Identification Number: K89301

Current address: Pontiac Corr. Center, P.O. Box 99
Pontiac, IL. 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Ms. Prentiss

Current Job Title: Major Correctional Employee

Current Work Address: Pontiac Corr. Center, P.O. Box 99
Pontiac, IL 61764 (State & Federal charges pending)
Address not known can be gotten from Administration in Pon. C.C

Defendant #2:

Full Name: Mr. Scott Pankre

Current Job Title: Lientenant (Retired Corr. employee)

Current Work Address: Not Available, obtain from Pon.
C.C. Administration office.

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☑

If yes, please describe ___The CLAIMS IN this complAINt were___

___NOt AddRESSED IN the COMMON LAW WRit of CERtiORARI___

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☑

C.  If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

　　　Yes ☑  No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _PONTIAC  CORRECTIONAL CENTER_

4

Date(s) of the occurrence __April 12, 2017 to April 21, 2017__

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1) On 4-12-17 I was taken to segregation by Lieutenant Punshe for assaulting him. He placed handcuffs on me so tight & jerked them in all directions repeatedly causing deep lacerations. The lacerations were so deep that both wrists were bleeding.

(2) When I arrived at North Segregation Cell House I was placed in cell 128 with nothing but a pair of boxers. The cell had feces all over the walls & floor, along with semen & blood, words & gang signs were written in blood. I recieved no medical treatment for my injuries despite my requests for Major Prentiss, she also refused my request to have workers clean my cell. I lived in that cell for 9 days & became very sick as a result of the unsanitary nature of the cell. A result During that time I was denied cleansing supplies per Major Prentiss. Also inmates are not allowed cleansing supplies in a "Strip Out" cell.

(3) Approximately one month later I saw Dr. Tilden at sick call & explained to him I had joint pain in my left elbow & shoulder & my left thumb & forefinger were numb. Dr. Tilden told me, after I explained how I recieved those injuries, that he believed my pain to be a direct result of those actions & that in time the numbness may subside. & gave me Ibuprofen for the joint pain.

(4) Lieutenant Punshe is being sued in his individual

5

capacity, for excessive force, for placing handcuffs on too tight & repeatedly twisting & jerking them causing deep lacerations in plaintiffs' wrists & lasting pain in plaintiffs' joints & numbness in the left hand. This was done deliberately to cause pain & suffering. Plaintiff did experience great pain as a result of these actions. Plaintiff experienced severe pain for over one month due to these actions. Lieutenant Purske acted violated deliberately indifferent to plaintiffs' 8th Amendment right to be free from cruel & unusual punishment.

5)   Major Prentiss is being sued in her individual capacity, for retaliating against plaintiff for assaulting another staff member by ordering plaintiff be placed in "strip out" cell that had feces on the wall & words written in blood & semen on the walls & not allowing workers to clean the cell & denying plaintiffs' repeated requests for medical treatment for the lacerations to the wrists & for making plaintiff stay in that filthy cell for 9 days with no blankets be stools at a time when temperatures drop below 30 degrees at night, leaving plaintiff so cold he had to run hot water from the sink on his feet to warm them at night for periodic relief. Major Prentiss violated plaintiffs' 1st & 8th Amendments rights & subjected plaintiff to retaliatory treatment & cruel & unusual punishment. Major Prentiss acted deliberately indifferent to plaintiffs' constitutional rights.

6)   Plaintiff filed numerous grievances on these matters in a timely fashion only for them to be lost, misplaced, or destroyed. When plaintiff repeatedly requested status

6

updates on grievances he was told they were
never recieved & to resubmit them which he did &
was still told they were not recieved. That's not
uncommon. Major Prentiss made sure alot of grievances
dealing with staff misconduct never left the cell house,
& this is why she is currently being investigated &
charged for the brutality inmates suffer under her
Regime in that cell house. Plaintiff tried to address
these matters with Springfield to no avail, therefore
the grievance system became unavailable to this
plaintiff under these circumstances.

## RELIEF REQUESTED

(State what relief you want from the court.)

250,000.ºº in compensatory dAMAges for each NAMed defendANt & 350,000.ºº in punitive dAMAges for each NAMed defendANt.

JURY DEMAND        Yes ☑        No ☐

Signed this _____6th_____ day of _____August_____ , 20 _19_ .

_Antolineo Phillips_

( Signature of Plaintiff)

| Name of Plaintiff: Antolinso Phillips | Inmate Identification Number: K89301 |
|---|---|
| Address: P.O. Box 99 PONtiAC, IL. 61764 | Telephone Number: NONe |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Phillips_          _Antolino_          _K89301_
              Last Name              First Name          MI          ID#

Facility: _Pontiac_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _5/22/17_   or ☐ Correspondence: Dated: _____
Received: _8/8/17_ Regarding: _4/12/17- Strip out Status (24 hrs)_
              Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☑ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal, if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                    Date
☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: _Sherry Benton_          Signature: _S. Benton_          Date: _8/14/17_
              Print Name

Distribution: Offender          Printed on Recycled Paper          DOC 0070 (Rev.5/2017)
              Inmate Issues

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: MAY 22, 2017 | Offender: (Please Print) ANTOLINO Phillips | ID#: K89301 |
|---|---|---|

| Present Facility: PONTIAC CC. | Facility where grievance issue occurred: PONTIAC CC. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [✓] Other (specify): retaliatory torture

- [ ] Disciplinary Report: ____/____/____    Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I went to seg for 215 Disobeying... & 102b Assault & 313 disobeying... I was put in North House cell 128 with nothing but a pair of boxers. I asked about clothes, shoes, & a mattress & was told I was in "strip out" for 76 hours, this all took place on 4-12-17 on 4-13-17 at around 5pm I was given a seg bag shower shoes & a mattress, hygiene bag & mattress by LT Jenkins, Sgt. Reirri & % Jibbens. I was moved to 310 cell on 4-21-17 & shortly after that date an inmate, (last name PENA) came to seg in cell 313 for an Assault on an inmate & they gave him all his property & he had no strip out process to go through. There are no charges to distinguish

Relief Requested: The "strip out" policy be stopped immediately & any one directly involved with it's implementation & practice be arrested & charged with systemic torture of inmates & lose thier job

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Antolino Phillips | K89301 | 5, 22, 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 9, 6, 17

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This grievance is out-of-line frame.

| S Hansen | Sharon Hansen CC1 | 9, 6, 17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

AUG 08 2017

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?

- [ ] Yes: expedite emergency grievance
- [ ] No: an emergency is not substantiated. Offender should submit this grievance in the normal manner.

ADMINISTRATIVE REVIEW BOARD

_____    ____/____/____
Chief Administrative Officer's Signature    Date

AN ASSAULT ON A staff member from that set of AN INMATE so
this information is verbally exchanged until it reaches MAJOR Prentiss
who authorized my torturous treatment in retaliation for Assaulting
A staff member & the fact that inmate Penn didn't have to go
through the same process is a constitutional equal protection
violation. There is also a constitutional violation of my
right to be free of cruel & unusual punishment. I categorize
this as torture because in April night time temperatures still drop
to the 50's & sleeping on cold steel with nothing but a pair of
boxers on is just that. Someone on one gallery told me to
periodically run hot water on my feet to warm them during the
night & try to sleep during the day when its not as cold. Those
are the measures one must take & I still couldn't sleep. I
ended up with a cold. I thought my punishment for violating IDOC
Rules was being placed in seg. with no phone, TV, commissary, coffee,
these types of things. Anything outside of that is excessive especially
when it targets inmates for issues dealing directly with staff related
incidents.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: MAY 9, 2017   Offender (Please Print): Antolino Phillips   ID#: K89301

Present Facility: Pontiac CC.   Facility where grievance issue occurred: Pontiac CC.

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): Health, Safety & Sanitation Retaliation

☐ Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I Arrived in seg on 4-12-17 with lacerated wrists from excessive force used by Lt Punkle on my while being cuffed & walked to seg. I was placed in cell 128 in North Housing Unit with nothing but a pair of boxers on. The cell has feces all over the walls & floor along with semen & blood words & gang signs written in blood I recieved no medical treatment for my injuries per Major Prentiss & she also refused my requests to have workers clean my cell. I became very sick As a result of living in that cell & was only moved because Major Prentiss wanted to punish a new inmate by placing him in that cell, it seems it's reserved for specific incidents.

Relief Requested: Each cell be properly cleaned & sanitized prior to an inmate being placed in it & the practice of horrid conditions as added punishment be ceased immediatly & Major Prentiss be demoted & suspended & charged with torture

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Antolino Phillips   Offender's Signature   K89301 ID#   5, 9, 17 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name   Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance   ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   ___/___/___ Date

Distribution: Master File; Offender   Page 1   DOC 0046 (8/2012)
Printed on Recycled Paper